IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN BERNARD BROOKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:04-cv-1180-WKW |
| | ) | (WO) |
| WARDEN CULLIVER, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On November 6, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is hereby

ORDERED that the Recommendation (Doc. # 54) is ADOPTED.

It is further ORDERED that the instant 28 U.S.C. § 2241 petition for habeas relief is DENIED and DISMISSED with prejudice.

An appropriate judgment shall be entered.

DONE this 29th day of November, 2006.

                                /s/   W.  Keith Watkins
                                UNITED STATES DISTRICT JUDGE