IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CALVIN BERNARD BROOKS,            )
                                  )
    Petitioner,                   )
                                  )
v.                                )        CASE NO.  2:04-cv-1180-WKW
                                  )        (WO)
WARDEN CULLIVER,                  )
                                  )
    Respondent.                   )

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions, and orders of the court, it is the

ORDER, JUDGMENT, and DECREE of the court that this action be and is hereby

DISMISSED with prejudice, costs taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of November, 2006.

          /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE